IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDITH OWENS,

    Plaintiff,

vs.                                CASE NO.: 1:10-CV-20-SPM/AK

FIRST FEDERAL BANK OF FLORIDA,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Plaintiff's Notice of Settlement (doc. 26). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby *dismissed*.

2. The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this tenth day of September, 2010.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                Chief United States District Judge